United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 95-1520 September Term, 1999

Exxon Company, U.S.A., 
 Petitioner
 v.

Federal Energy Regulatory Commission, et al.,
 Respondents
 
Tesoro Alaska Petroleum Company, et al.,
 Intervenors
 

Consolidated with 96-1078, 96-1464, 97-1733, 98-1005

 
 On Petitions for Review of an Order of the
 Federal Energy Regulatory Commission
 
 
 
 Before: Ginsburg, Sentelle and Randolph, Circuit Judges.

 O R D E R

 It is ORDERED by the Court, sua sponte, that the opinion in the above cases filed on July
13, 1999, be amended as follows:

 Page 2, second line from bottom: Replace "carriers" with "shippers."

 Page 3, eighth line from bottom: Replace "they" with "the shippers."

 Page 30, fourth line: Parenthetical should read: ("It is clear . . . that in denying a
refund in this case the Commission also considered the practical consequences and the purpose of
the Act; hence we are required to uphold its exercise of discretionary power.")

 Per curiam
FOR THE COURT:
Mark J. Langer, Clerk

Filed on October 5, 1999